U.S. DISTRICT COURT
FILED

2014 DEC 24 AM 9:17

CLERK
SO. DIST. OF GA.

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Dante G. Fredrick
# 11-41-121

_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

William Danforth, warden of
Telfair State Prison
Jacob Beasley, Unit Manager
of Telfair State Prison
Dave Ockie Tree, SGT. of Cert team
Telfair State Prison
Stanley Williams, warden of Smith
State Prison

(Enter above full name of defendant or defendants)

Eighth Amendment Violation
Fourteeth Amendment Violation
Emotional Distress
Pain and Suffering
Eccessive Force
Deliberate Indiffence
Substantial Risk
Inhumane Prison
Conditions/under staffed
Prison

Civil Action No. _____

**C V 3 1 4 - 1 6 2**

I.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts
    involved in this action?                                        Yes _____ No __✗__

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more
    than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same outline.)

    1.  Parties to this previous lawsuit:

        Plaintiffs:  _____

        Defendants:  _____

    2.  Court (if federal court, name the district; if state court, name the county):

        _____

    3.  Docket number:  _____

    4.  Name of judge assigned to case:  _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of
     fees)?                                    Yes _____   No _____

B.   While incarcerated or detained in any facility, have you brought any lawsuits in
     federal court which deal with facts other than those involved in this action?
                                               Yes _____   No _____.

     If your answer to B is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

1.   Parties to previous lawsuit:

     Plaintiffs: _____

     Defendants: _____

2.   Court (name the district): _____

3.   Docket number: _____

4.   Name of judge assigned to case: _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____

6.   Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

_____
_____
_____

II. Place of present confinement: **Smith State Prison**

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? **I followed protocal I filed appropriate grievance.**
_____
_____
_____

2. What was the result? **Never recieve any responce in time frame given by procedure.**
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yés ✓ No ___

If yes, what was the result? _No response_

D. If you did not utilize the prison grievance procedure, explain why not: _____
N/A

## IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Dante G. Fredrick GDC #11-41-121
Address: Smith State Prison
P.O. Box 726
Glennville GA 30427

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: William Danforth
Position: Warden
Place of employment: Telfair State Prison
Current address: P.O. Box 549
Helena, GA 31037

C. Additional defendants:

| Jacob Beasley | Dave Ockletree | Stanley Williams |
|---|---|---|
| Unit Manager | SGT. of Cert Team | Warden |
| Telfair State Prison | Telfair State Prison | Smith State Prison |
| P.O. Box 549 | P.O. Box 549 | P.O. Box 726 |
| Helena, GA 31037 | Helena, GA 31037 | Glennville GA 30427 |

4

Dante Frederick
#11-41-121
Smith State Prison
P.O. Box 726
Glennville GA 30427

V.    Statement of Claim

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 10/24/2014 Approxinily between times 11-3 am
Unit Manager, Jacob Beasley of Telfair State Prison
Came to my cell E-1 238 in a aggressive enraged
manner. Threating to spray a whole can of O.C. spray
in my cell if I did not cuff up. Me being in extreme
fear of my life caus of the craced darranged conduct
of Unit Manager Beasley, J. I followed directive
and went to flap with my hands in front of
me cause I already have a fractured arm/elbow
and a displaced bone in my right arm. I was told
to turn around to be hand cuffed behind my back
Which I now have a front hand cuff profile because
being hand cuffed behind my back is forcing me
to bend a fractured displaced bone. Unit Manager
Beasley could not get hand cuffs on my arm due to soft
Cast and ace bandage wraps steady pulling my right
already (fractured and displaced) further and further
back through the flap inflicting pain on a arm that
is already severly damaged. I could not bare the pan
I pulled Fractured and displaced arm inside to assist
them handcuffing by moving my bandages up so he
can go ahead and hand cuff me without inflicting
onymore pain. Unit Manager Beasley, Jacob

Continue on attached pages →

5

Dante Fredrick
# 11-41-121
Smith S.P.
Po Box 726
Glenville
GA
30427

Dante Fredrick
Willie Danford
Jacob Beasley
Stanley W. L.T. sikes

[10/24/2014]

**V. Statement of Claim** Attachment (1)

took <u>left arm</u> and forcefully snatched it out the flap of cell E-1 238 and bent arm against metal door applying pain forcefully and Unit Manager Beasley stated "I'll Break This Mother fucker" I replied "I'm not resisting I'm in pain and was only trying to pull bandages up so you can handcuff me! The enraged Unit Manager states "<u>put your mother fucking arm out</u>" Steady bend my left through 238 flap that already had one hand cuff on it. Yet again forcing me to put my fracture and displaced (right arm) behind my back. I was pulled out of cell 238 by forcefully by Cert team, with SGT. Smith, SGT. Fasion, L.T. sikes, OFC. Cravelt all present and also incident being recorded by dorm E-1 cameras and also a hand held camera being recorded by Lueretenant sikes. Unit manager Jacob Beasley grabbed my right (fractured) steady pulling and squeezing my right fractured arm putting me in more pain and exactly where injury was substained and thats where Jacob Beasley was pulling and squeezing obvisly trying to intentionally. I was taken to e-2 121 where Jacob Beasley told Cert and assisted taking off my soft cast which is only suppose to be removed by medical. Soft cast was removed and thrown and bent by Jacob Beasley, Unit manager. Jacob Beasley then told cert to take my pants off and scrip me I looked back and ask Unit manager Beasley did he care about

Dante Fredrick
#11-41-121
Smith State Prison
P.O. Box 726   30427
Glenville GA

Dante Fredrick
V.
Willie Danforth  )
Jacob Beasler
Stanley williams

## V. Statement of Claim   Attachment ②

me or whats going on with me he replied "no". I was
left living in fear cause I just went through a simi-
lar situaction like this where I was left in a cell
with a fractured arm/Elbow and almost had a stroke
at a prior prison.) This incident took place
On Oct 24, 2014 I was not taken to medical
or seen by a nurse until 10/27/2014 which
I have medical documents supporting that and also
medical Nurse Cravey Can verify she did not see
me until 10-27-2014 when incident took place
10/24/2014 when that is a clear violaxion
Of my rights and also G.D.C. Policy (V-HS0-0009)
(4) (5) I wrote Wardens, Statements, letters
I was retailiated against with Disciplinary
Reports that was reversed by Internal Affairs
due to clear retailiation. My property was taken
and claim to be missing. I have paper work on all
of this Supporting my Claim. I even went to Warden
of prison William Danforth and nothing was done, He is
head warden of operations of Telfair State Prison On
11-13-2014  I was taken to I.D. by cert team
where I was told by Cert team SGT. Ochletree
Where I'm being transfered to I need to get
me a shank and some metal. And that they
where going to be waiting for me at the front
gate and that I would not see a black person
after I leave the front gate. I asked SGT.

Dante Fredrick
# 11-4L 121
Smith State Prison
P.O. Box 726
Glennville
GA 30427

Statement of Claim attachments ③

Ockletree where am I going and that's when
Unit Manager Jacob Beasley walks in and SGT.
Ockle asked Unit Manager Beasley could he
tell me where I'm going and that's when SGT.
Ockledree told me your going to Smith State
prison! And that's when Jacob Beasley stated
" Yeah they got something for you at Smith he
won't last a week before he is a dead man!
SGT. Ockletree was steady stating " get you
some metal they stabbing at smith they gone
stabb you. It was a female officer present
along with Cert team Brown and a few for mem-
bers I was transported to Smith State Prison
by one cert team officer and the female officer
Ms. Anderson the officer that was present when
these statements was made to me SGT. Ockledree
and Jacob Beasley violated dop/G.O.C. rules by even tell-
ing me where I was being transfered too to begin with.
Also I was left with emotional stress, and fear
of feeling like I was transfered to Smith State
Prison as retailiation against me. Upon my arrival
to Smith State Prison I was put directly in population
and was not asked to write a statement saying I and
come to population or was I even properly evacuated
to see if I had enemies at this prison. Also I
had asked Ofc. Anderson the female officer did she
hear what the cert team and Jacob Beasley said to
me She replied yes. And the other Cert team

Dante Fredrick
#11-41-121
P.U. Box 726
Glennville Ga
30427 Smith
SP

Dante Fedrick
#11-41-121

V. Statement of Claim Attachment 4

officer stated they was just playing. "You don't
Joke with peoples lives I replied" I was put in
Dorm G-2 of Smith State Prison which is considered
the worst dorm on compound. I was put in a dorm
where majority of the inmates are displinary inmates,
and has life sentences, or life without. This prison
is understaffed and has ready availibility of knives
and other weaponry, Inmates are openly using drugs
like <u>Meth</u>, <u>Cocaine</u>, <u>Crack</u>, <u>marijauna</u> especially
<u>meth</u>! This prison is so badly understaffed they
have one officer in the chow hall with 100 inmates
and that is a huge security issue and to the safety
inmates. I was placed in a housing dorm with lifers
when I have a Level one crime severity crime
non-violent. I have no violent charges or violent disci-
plinary reports, This prison is infested with rats,
mice, showers are nasty and dirty, Cells are nasty/fi-
lthy this prison should be condeemed. I was placed
in a dorm where I was surrounded by gang members
with knives they had been up 2 or 3 days on meth
known as ice. I was forced to live in fear cause of
me beening sent to a Level 5 prison where you can
die at any time. Also at a prison like this it should
be 24 hour medical treatment availible it
is not which that is a huge safety issue to the
inmates at ~~Smith~~ Smith State Prison.
All Allegations was on recorded camera:

Dante Fr——
#11-41-121

Dante Fredrick
#11-41-121
Smith State Prison
P.O. Box 726
Glennville
GA 30427

# Smith State Prison / Warden Stanley Williams

<u>12/2/2014</u> I asked warden Stanley about sending out my legal mail. Warden Stanley has a <u>3.00</u> limit on the store for people on <u>store restriction</u> and I have legal paper-work that has dead lines in courts of law. Warden Stanley replied " ▬ write me a letter and I will look at your disiplinary history and will see if I let you send out your legal mail ▬ extra. I ask warden Stanley again what does my legal mail has to do with my conduct he replied if you wouldn't be down here in Tier 1 or on store restriction you could send out your legal mail on time. That is a clear violation of constitutional rights and S.O.P. and law/state/Federal. I didn't argue with warden I simply said 'yes sir' to advoid retailiation and wrong doing and more violation of my rights. Warden Stanley Williams is head warden and inside the prison walls he has the last say so which leaves a prisoner no win inside these prison walls, I'm reaching out for outside support also the mail room denied my ● right to send out legal mail and I have that in writing

Donte Fredrick
#11-41-101
Smith S.P.
P.O.Box 706
Glennville
GA 30427

While I was at telfair my Legal Disc was taken and my personal legal mail was reviewed by Cert team and Deputy Warden. When I had paperwork stating what they were. I was told by SGT. Okletree In I.A. also before I was transfered that I was stupid he watch my legal Disc sent by police dept. and that I told on my self. That is a violation of my rights. To read or watch certified Mail that I have not even seen yet. SGT. Fasion told me that the warden had my disc and My disc was held almost 4 weeks with no explanation why. I wrote and asked every day still no reply.

Also I was denied to buy postage and Stamps at smith state prison by Warden Stanley williams.

## V. State of Claim    Smith State Prison

The present day at Smith State Prison ~~is~~ and also other prisons. You have uncontroled violence and substantial risk. Alot of the violence in Georgia Prisons are coming for numerous things. The main things are contraband in the prisons, Cellphones, Drugs, Meth, and inmates having relathonship with officers and causing Jealousy and problems between inmates. The prison enviorment is not mandated to be "confortable" but its not mandated to be "inhumane" either. Look how many deaths has been at Smith State Prison alone in the last 10 years. Just recently doing the month of November or december an inmate just killed his self in the ~~tier~~ tier building by hanging. Inmates robbing other inmates for phones, Cigarrettes, Marijuana, Meth, pills. Inmates stabbing other inmates cause they in love with a female officer and you holding conversation with this officer. Alot of Incidents go with out being reported cause inmates have phones and are connected from prison to prison, Gang to Gang. So many inmates forced to live in lock down buildings because they are in fear of being killed by another inmate or officers that feel you are telling or exposing other officers. At Smith state Prison ~~Inmates~~ are in the chow hall with one SGT. supervising 50 to 90 inmates. If 10 inmates feel they want to stab you how ~~can~~ can you defend yourself? And how can one officer stop 10 people stabbing you? End of statement.

Dante Fredrick
#11-41-121
Smith State Prison
P.O. Box 726
Glennville GA 30427

VI.    Relief

State briefly exactly what you want the court to do for you.  Make no legal
arguments.  Cite no cases or statutes.

Wherefore, Plaintiff respectfully pray that this Court enter Judgement. Granting Plaintiff Dante Fredrick a declaration, that the acts and Omissions described herein Violate his rights under the Constitution and laws of the United States and a preliminary and permanent injunction ordering defendants to Stop the retaliation, physical violence against me or anyother inmate. To Stop houseing non Violent Offenders with violent Offenders. Granting Plaintiff Fredrick Compensatory damages in the amount of $950,000 against each defendant Jointly Severally. Plaintiff seek punitive damages in the amount $950,000. Dante Fredrick seeks damages against each defendant Jointly and severally. Plaintiff also seeks recovery of Costs in this suit and for pain and suffering and emotional Stress. Any additional relief this court deems Just proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  8  day of  December, 2014

Prisoner No. 11-41-121           Dante Fredrick #11-41-121
                                  (Signature of Plaintiff)

6

Dante Fedrick
#11-41-121
Smith State Prison
P.O. Box 726
Glennville GA 30427

## **CERTIFICATION**

STATE OF GEORGIA
COUNTY OF GLYNN

I, Sgt. C. Bashlor, do hereby certify that I am the custodian of certain records in the possession of the Glynn County Police Department.

I further certify that on October 15, 2014 the following two hundred fifty (250) pages and six (6) CD's are true and correct copies of the case file maintained by Glynn Couny Police Department, Glynn County Georgia.

_Sgt. C. Bashlor_
Sergeant Cherí Bashlor
Glynn County Police Department

Sworn to and subscribed before me
this __16__ day of October, 2014.

_Joan Smith_
NOTARY PUBLIC
My Commission Expires:
5/6/2018



Your concern to DW Sec Mr Zanders

Write medical for copy of medical records. You do not have access to your institutional file. You can appeal your D.R. as per SOP.

DW Warden of Care of treatment, written by W.O.C.T. 10-27-2014

My name is Dante Fredrick I am writing you because I am in fear of my life at this prison around Jacob Beasley, Unit Manager, L.T. Sikes, L.T. Fitzpatrick. On 10/24/2014 I was assaulted by Unit Manager Beasley, Jacob who bent my arm all the way back in a upward position, forceing me to place broken arm behind my backs forcefully in hand cuffs! Forcing me to go to Isolation on a D.R. that's invalid, New policy States you have 15 days, Calender days, not business not working days. D.R. was written on OCT. 7, 2014 heard on Oct. 22, 2014, clearly 16 days which makes D.R. invalid. L.T. Fitzpatrick was trying to clear his self for poor Job performance. I tried to explain to the aggressive angry enrage unit manager but he did not listen. Use of force was used on me and I still up til now was never taken to medical and I believe my shoulder is broken. The last time this happen my arm was broken I almost had stroke. I have also request my medical file and I have the money on my books to pay for it. I also would like a copy of my institutional file. I need to speak with you about this matter asap also 6 Disc was taken from me it's legal material I just got I was told warden Zanders had them but have not recieve any paper work supporting that.

Dante Fredrick

#11-41-121 E-2 121

Dante Fredrick
#11-41-109 prison
Smith State Prison

# GEORGIA DEPARTMENT OF CORRECTIONS
## INMATE PERSONAL PROPERTY INVENTORY

Attachment 2
SOP IIB6-0002
6/01/2005

NAME: _____    NUMBER: _____    DATE: _____

REASON FOR INVENTORY: _____    INSTITUTION: _____

CLOTHING ITEMS (BE SPECIFIC)
TROUSERS _____
SHIRTS _____
SOCKS _____
JACKET _____
SWEATSHIRT _____
CAP _____
BELT _____
HANDKERCHIEF _____
UNDERSHIRTS _____
UNDERSHORTS _____
HOUSECOAT _____
TENNIS SHOES _____
BEDROOM SHOES _1_
DRESS SHOES _____
SHOWER SHOES _1_
GYM SHORTS _2_
PAJAMAS _____
SKULL CAP _____

FOOD ITEMS
_____
124 soups / Missing all 1
9_ _____ _____ / Missing 1 sups
7 ice / Missing 1 tuna
8 sodas / Missing 4 sodas

MISCELLANEOUS ITEMS
DRINKING CUP _1_
SHEETS _____
PILLOW CASES _____
TOWELS _____
BATHCLOTHS _____
BLANKETS _____

PERSONAL GROOMING ITEMS
TOOTHPASTE _____
RAZORS / BLADES _____
SHAMPOO _____
SHAVING CREAM _____
COMBS _____
HAIRBRUSH _1_
TOOTHBRUSH _____
DEODORANT _____
_____
_____
_____

PERSONAL PROPERTY ITEMS
PHOTO ALBUM _____
PHOTOGRAPHS _____
COUPON BOOK _____
HEADPHONES _1_ _____ ) Missing
RADIO _1 Jensen CD Player_ )
WRISTWATCH _1 es_ _____
JEWELRY _____
RELIGIOUS MEDAL _____
PAPER / PADS _4_ _____
PENCILS / PENS _____
MAGAZINES _____
BOOKS _3_
SUNGLASSES _____
EYEGLASSES _____
BILLFOLD _____
LETTERS _____

TOBACCO ITEMS
_____
_____

LEGAL MATERIALS
_____
_____

This form must be completed any time an inmate's personal property is confiscated or stored for any reason. The form should also be completed upon inmate's arrival at a new institution.

_____
Inventory Officer's Signature

_____
Inmate's Signature

_____
Shift Supervisor's Signature

_____
Witness' Signature

_____
Inmate's Ack/Receipt of Property

_____
Officer Returning Property

RETENTION SCHEDULE:
Upon completion of this form, it will be placed in the inmate/probationer's case history file.

Distribution:       White – Inmate File       Canary – Inmate       Pink – ID / Property Room       PI-634 (Rev. 6/01/2005)

Sgt. (Smith) My Life Is In Danger — need to speak to warden immediately! I feel I am in danger!

Gives B.K.4

Dante Fredrick
10/24/2014 T.S.P. EMERGENCY GRIEVANCE!

CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

Attachment 1
SOP IIB05-0001

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME: Dante Fredrick     OFFENDER NUMBER: 1141121

INSTITUTION: Telfair S.P.     GRIEVANCE NUMBER: 10/28/14     BY: Walt

DATE COMPLETED FORM RECEIVED FROM OFFENDER:

DATE APPEAL RECEIVED:

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES. MY LIFE IS IN DANGER / Unit manager trying to kill me

DESCRIPTION OF INCIDENT: On 10/24/2014 Approx. 11-3 An pm Unit manager Jacob Beasley came to my Cell 2-1 238 in a aggressive enraged manner threating to spray a whole can of O.C. spray in my room if I didn't cuff up me being in extreme fear for my life looking at the unprofessional conduct of the Unit Manager, I followed directive and went to flap and was told to turn around to be cuffed behind my back. I have a broken arm and elbow and it's severely broken to the point I have to go to and Arm surgeon to have bones removed, out my Arm to OK. Lt. Sikes force me to put hand cuffs behind my back to go to medical. I was hand cuff approx. 30 to 45 minutes in pain on 10/24/2014 with Sgt. Smith, Lt. Sikes, Cert Thomas, and unit Manager Grant. MY Arm was still in extreme pain from being forced to do that, Unit manager Beasley could not get cuffs on my arm due to Pain Soft Cast and ace bandages Steady pulling my arm further and further back inflicting Pain on a arm that is medically severely hurt. I could not bare pain I pulled broken arm inside to assist them from Cuffing me Unit Manager Beasley took left Arm forcefully Scratch it out the flap of 238 E1 and Stated "I'll break this muthafucker" "Mothefucker"

Continued On back Page

RESOLUTION REQUESTED: Unit Manager Beasley, Jacob has no self control, very unprofessional to young minded to even hold a unit manager Position. He is also Power Struck, no regards to inmate as human beings My situation is self explanatory. All would have been advised. But took was 5 minutes of a good unit manager to look into situation All would have been advised. But when you are power Struck of a unit 9 ego to maintain you make bad decisions, and you have no understanding that is not a position of a unit manager: My resolution is unit manager Jacob Beasley be terminated, Charge with assault and battery and put in prison, and sued for neglect, cruelty, assault. All on recorded video Incident for not safe ty. I do not want unit manager Beasley within 50 feet of me, I would like medicate transfer for not safe ty and security and a verbal apology from Unit Manager Jacob Beasley. I would like for my food to be replaced and my C.D Player / head phones / 87 soups / 7 tunas / 8 sodas 9 chips and also OK. written on Oct 7, 2014 be took out Computer cause it is invalid OCT 7, 2014 — OCT 22, 2014 is clearly 16 days Invalid OR. Lt. Fitzpatrick I want him taken off Admin Lieutenant and not over O.R.'s anymore. He cannot hear anymore D.R.'s Lieu I want him taken off Admin Lieutenant and not 50 feet away from me for my life safty / Advocate / Counselor for me to come after this grievance. And Stay 50 feet away from me for my life safty Route needs to read policy old and new and needs to know what a advocate is. If he would have did proper investigation like a advocate should this would of never happen again Lack of Job performance at T.S.P. we need to be written up and investigate and stop this whole mess. Again he was told New policy Still Nothing which I'm in process next of doing! Lt. Sikes to be written up / demoted and

OFFENDER Signature: Dante G. Fredrick     Date 10/24/2014

Is this grievance being filed within the 10 day time limit? Please answer Yes or ___. If the answer is No, please explain why.

cut on line drawn, writing on back

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

I.D. #:

OFFENDER'S NAME:

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: ___/___/___     COUNSELOR'S SIGNATURE ___

PI-2001 (REV. 10/01/98)

RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

I replied "I was only trying to pull bandages up so you can hand cuff me." The unprofessional enraged Jacob Beasley states "Put your mother fuckin arm out" steady bending left arm through 238 flap that already has one cuff on it. Yet again forcing me to put my broken arm behind my back forcefully I was snatched out Room 238 Unit Manager J. Beasley, L.T. Sikes, Cert team, Sgt. Smith, Sgt. Fusion Unit Manager Beasley grabbed my own right (broken Arm) steady pulling and squeezing my right arm putting me in more pain and exactly where injury was sustained is where he was squeezing and pulling obviously trying to hurt me intentionally. I was taken to E-2 121 where soft cast is removed and Beasley throws it forcefully bending a medical soft cast I just got tuesday from Augusta Hospital. Also cast is not suppose to be removed by no non-medical staff which it was of Cert team on Beasley's order and once they removed me throws and bent it, Also I was never taken to medical for use of force or to have my cast put back on I believe my shoulder is broken and medical still no medical assistance also I think I have re-injured already broken arm even more due to forcefully being pulled by Jacob Beasley squeezed and left extreme down left arm. Due to forcefully being force to hand cuff behind my back. I was not increased after use of force and being force to hand cuff behind my back. I was not ever hand cuffed on that arm my right going out institution but forced to cuff behind my back on a serious injury like this. This is clearly violation of my 8th Amendment right and 14th Amendment Due Process Seeking civil adversial and unusual punishment against Jacob Beasly Everything is recorded on Dorm camera's in and criminal charges against Jacob Beasly Everything is recorded on Dorm camera's and L.T. Sikes recorded incident on hand held camera. I am requesting copy of video be sent to both of my lawyers. I ask J. Beasley "Did he care about anything going on with me or my well being "He tooted his lips and shook his head No." Witnesses C.T. Sikes, Cert team, Mosley and white Cert officer in recorded video and Ofc. Delgado inside Rm E-2 121 clearly showing no register and for my life or rather I live or die, now in fear of being beaten, hung, possible starvation, set-up with some type of contriband, or possible being murdered by Jacob Beasley and all up under his athority. I am in fear of my life at Telfair State Prison. I am being mentally effected by Jacob Beasley, L.T. Sikes, L.T. Fitzpatrick, I am seeking civil action and criminal charges against Jacob Beasly also for theft by taking on Oct. 9, 2014 All my property was taken by Jacob Beasley and Cert team so he could look for green dots. Property contained 24 wips, 9 bags of cheetoos, 7 tunas, 8 sodas, 1 Koss CZ-20, 1 Jensen CD/player, 87 soups I have property where as missing, 7 chips missing 8 sodas missing 1 pops cereal missing big bag. to sign property sheet returning officer wrote down every missing Item I refused. Took place Oct. 9, 2014 17:30 auk all my property that was not there officer agreed to prove. New policy States It's 15 calender -1 238 incident on camera. And I have property sheet to prove. New policy States It's 15 calender days, not business, not working day 15 day ays for a D.R. to be heard in a hearing or D.R. Is invalid. 15 days not business, not working day 15 day icy also states you have (24 hours) to be served a D.R. anything served after, 24 hours is a invalid D.R. You cannot be sanctioned on a invalid D.R. Any person thats a DR judge or advocate is suppose to say these things and know policy to have there positions. On Oct. 7, 2014 I was written a D.R. by L.T. Davis, D.R. was not heard in hearing until Oct. 22, 2014 by L.T. Fitzpatrick and counselor (Advocate Bowen, D.R. was clearly invalid Oct. 7, 2014 to Oct. 22, 2014 is clearly 16 days when new policy States 15 days to hear a D.R. at hearing. I stated New policy to counselor advocate Bowen which was unsure and I stated to L.T. Fitzpatrick which he was unsure but stated he new for a fact it's 15 business days, and ran D.R. anyway while counselor Bowen just stood there. I ask them both would they show me this in writing Counselor Bowen never responded and Fitzpatrick Stated "I I don't have to prove anything to you, you the one got to prove the burden of proof. Flap was slammed in my face D.R. was ran on a Invalid D.R. Counselor Steward came to my cell a hour later I advised her of situation she verified it is 15 calender days for a D.R. to be heard. L.T. Fitzpatrick was only trying to cover his self knowing he left me in a cell 16-ys without running D.R. courts. Lack of I'm doing Appeal given to counselor Steward to be given to warden. Oct. 6, 2014 I was written a D.R. By Jacob Beasley at 17:30 served on Oct. 10, 2014 17:49 D.R. was clearly passed 24 hours by 16 minutes D.R. was not investigated or heard till this day, I have proof in writing of these Allegations in writing! And can be looked up in computer I am in fear of my life at Telfair State Prison of Jacob Beasley, L.T. Sikes, L.T. Fitzpatrick, and I do not know if I will make it out alive need imediate transfer and phone call to my family lawyer D.R. end of sentence.
Also Inmate Ranchi witness all!

United States District Court for the

Southern District of Georgia

Dante Fredrick
            V.
William Danforth, warden of Telfair
State Prison
Jacob Beasley, Unit Manager of Telfair
State Prison
Stanley Williams, Warden of Smith
State Prison
SGT. OCKIE TREE, Sargent of Cert
Dave Ockle TREE, Telfair State Prison

First Request
For Production
of Documents

Civil Action No. _____

Pursuant to Rule 34 of the Federal Rules of Civil Procedure,
Plaintiff requests that defendants Wille Danforth, Jacob Beasley,
Stanley Williams, Dave Ockletree Produce for inspection and copying
the following documents

① The complete prison records of all plaintiffs Institutional File.

② All written statements, recorded camera footage of incident
on 10/24/2014, All original or copies of statements on incident
reports, Idenifiable reports about the incident on 10/24/2014
11/13/2014 / 10/27/2014 / From 10/7/2014 up to 11/19/2014, made by G.D.C.
employees and witnesses.

③ Any and all rules, regulations, and policies of the Georgia Department
of corrections about treatment of prisoners with Use of force
incident and housing conditions, Cleaness of a prison.

④ Any and all medical records from 10/24/2014 up to the present
day of Dante Gfredrick, Including the date of your response to this
request.

Dated _____
Signed Dante _____   #11-41-121
    Dante Fredrick
    #11-41-121
    Smith State Prison
    P.O. Box 726
    Glennville GA
        30057

" I declare under penalty
of perjury that the foregoing
answers and information provided
by me are true and correct."
    Executed on 7th day of
    December, 2014
        Dante Fredrick
        [signature]



AMERICAN CIVIL LIBERTIES UNION OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, GA 30339
info@acluga.org www.acluga.org

Date: 9/27/14

Dear Dante Fredrick :

    The ACLU of Georgia acknowledges receipt of your request for assistance. We are concerned about the problems faced by jail and prison inmates, but our limited resources only allow us to provide assistance in certain cases. We will keep your correspondence on file, but we cannot offer direct assistance at this time.

    If your complaint is related to prison conditions (mistreatment, poor medical care, etc) you might want to consider filing a grievance with the prison authorities. In general, you must file a grievance first before any outside agency will even consider trying to help. Try to keep copies of your original grievance and any responses from the authorities.

    Please note: The ACLU of Georgia is not a direct legal services provider, and **we are not providing legal advice or undertaking legal representation of you.** We are enclosing a list of organizations concerned about prisoner rights and prison conditions. We suggest that you contact them for possible assistance, and hope that one of them might be able to help.

Sincerely,

Erika
&

Intake Representative

Incident happen 10/24/2014
Didnt see medical until 10/27/2014
3 days later a clear violation
of S.O.P. and use of force S.P.
Also they didnt do a incident
report until 10/27/2014 incident
at telfair State Prison assualted
by Unit manager Jacob Beasley
Nurse as witness Ms. Cravey

Smarly

Dande Fredricks
.11-41-121
Smith S.P.
P.O. Box 726
Glenville
GA
30427

Georgia Department of Corrections

### Medical Report Form

Date: **10 / 27 /14**          Facility: **Telfair SP**
Time of Examination: **1110**

Use black ink only. This form to be completed by the medical staff and presented to the secur
staff for purposes of incident reporting and disciplinary review. This form is not to be placed
medical record.

Inmate Injured:                                   Employee Injured:

Name: **Frederick Dante**          Name: _____

GDC#: **1141121**                   Employee ID #: _____

Date of Birth: **5 , 11 , 81**          Date of Birth: ___/___/___

Type of Injury:

☐ Abrasion  ☐ Burn  ☐ Contusion  ☐ Laceration  ☐ Avulsion  ☐ Puncture  ☐ Fresh Tattoo

Location of Injury:

☐ Head  ☐ Eye (Left / Right)  ☐ Nose  ☐ Face

☐ Mouth  ☐ Neck  ☐ Chest  ☐ Back  ☐ Groin

☐ Buttock (Left / Right)  ☐ Abdomen

☑ Left arm  ☑ Left hand  ☐ Left leg  ☐ Left foot

☐ Right arm  ☐ Right hand  ☐ Right leg  ☐ Right foot

Treatment:

☐ Refused treatment      ☐ Treated in the medical unit

☐ Sent to regional facility      ☐ Treated at hospital

☐ Admitted to hospital

Present Condition:

Inmate alleges that he cannot t
#2, #3, #4 fingers on (L) hand. He

Dante Fredrick
#11-41-121

I was assualted on 10/24/2014 by Unit Manager Jacob Beasley. I was not taken to medical ~~until~~ or Seen by medical Until 10-27-2014 and that was by nurse Cravey of Telfair State Prison. Incident was all recorded on camera by L.T. Sikes. I had recieve Severe pain to my wrist "Left" and arm and shoulder. ———→

Medical Records show proof that I was not seen until almost 3 days later which is a clear violation of G.D.C. Policy and S.O.P. / Standard Operating Procedure of the State of Georgia. A X-RAY Should have been taken of L-Wrist, L-Arm, L-shoulder at Telfair State Prison NO X-RAY was performed and I still to the present day have pain in my wrist and arm and shoulder From being Assualted at Telfair State Prison by Jacob Beasley Unit Manager of Telfair State Prison

---

**GEORGIA DEPARTMENT C    RRECTIONS**

**MD, NP, PA Medical Encounter Form**

Facility **Telfair S. P.** Date: 10/31/14  Time: 11:02

Name: _Fredrick, Da_

EF or S/S No.: __1141121__

Date of Birth 5/11/81  Race B  Se

**S:** Patient states, with respect to his condition:  mult s/c ; claims battery c̄ resultant

Type of Encounter: X • Routine  • Urgent/E

HPI: Pain tdfor L (?) esp (?) Radial head r/gun
① claims fraction of hyperextension wrist
(R)    "    "    "

Other Medical/CIC Conditions: _____

Medications: _____

**O:** BP: 124/87  HR: 74  RR: 18  T: 98.5  Today's Wt 229  Previous Wt 229 on 10/23/1

Peak Flow Measurement: _____ mL    Pulse Ox: _____ % (• Room air  • O₂ @ ____ Liters)  Finger stick glucose ____

PE Findings: mild "tenderness" over radial head region (R)
Much improved from intake ; mild tenderness volar (R) wrist but
Dm tender equally in non anatomically compatible are

Recent Lab/Diag. Test Results: _xry - c/w, old radial Head ugury_

**A:** _ambuvelear information/contradictory/embellishment e_

**P: Diagnostic Measures:** (Ordered lab tests, CXR, EKG, Consults, etc.) _due to see ortho Re Radial Head?_

**Therapeutic Measures:** (Ordered meds or * s, treatments, etc.) _none_

In the United States District Court
for the Southern District
of Georgia

Dante Fredrick
V.
William ~~Butler~~ Danfourth, Warden of Telfair
State Prison
Jacob Beasley, Unit Manager of Telfair
State prison
SGT. Dave Ocklotree, SGT. of Cert of
Telfair State Prison
Stanley Williams, Warden of Smith
State Prison

Declaration
of
Dante Fredrick

Civil Action No.
_____

I ~~the~~ Dante Fredrick declare that all statements
made in my Complaint are true to the best of my
knowleadge. If I made any errors I ask
that the courts understand that I filed this
Complaint without help or Knowleadge of law
other than self teachings and self re-
search I present my Case to the
United States Courts.

I declare under penalty of parjury that
the forgoing is true and correct.

Executed at 12/8/2014
Dante Fredrick

Dante Fredrick
#11-41-121
Smith State Prison
P.o. Box 726
Glennville, GA 30427

In the United States District Court
For the Southern District of
Georgia

Dante Fredrick
V.
William Danfourth, Warden of Telfair
State Prison
Jacob Beasley, Unit Manager of
Telfair State Prison
Dave Ochletree, SGT of Cert of
Telfair State Prison
Stanley Williams, ~~xxx~~ Warden of
Smith State Prison

Summons

Civil Action No. ___

To The Above - NAMED Defendants
You are hereby summoned and required to serve upon
plaintiff, whose address is Smith State Prison P.o. Box 726
Glennville, GA 30427 an answer to the complaint which
is herewith served upon you, exclusive of the day of Service,
Or 60 days if the U.S. Government or officer agent thereof
is a defendant. If you fail to do so, Judgement by default
will be taken against you for the relief demanded in the
Complaint

Clerk of Court

Date: ___

" I declare under penalty
of perjury that the foregoing
answers and information provided
by me are true and correct.
    Executed this 7 th day of
      December, 2014
        Dante Fredrick

Dante Fredrick
#11-41-121
Smith State Prison
P.o. Box 726
Glennville, GA 30427