FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR 27 AM 9:49
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DANTE G. FREDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 314-162 |
| | ) |
| WILLIAM DANFORTH; | ) |
| JACOB BEASLEY; | ) |
| DAVE OCKLETREE; | ) |
| and STANLEY WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 13). Plaintiff concedes that he did not provide accurate responses to the questions on the complaint form but asks that the Court excuse his mistake. The Court declines to do so. Even if Plaintiff was not aware whether he had been granted *in forma pauperis* status in his undisclosed case at the time he filed the instant case, at a minimum he knew he had filed a case. Moreover, as the case law cited in the Report and Recommendation makes clear, failing to disclose prior filing history will not be tolerated, and the Eleventh Circuit has repeatedly approved of dismissing a case without prejudice as a sanction. (See doc. no. 11,

pp. 3-4.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 24th day of April, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE